**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION**

| | |
|---|---|
| Lynn Freeman, on behalf of herself and all others similarly situated, | |
| Plaintiff, | Civil Action No. 1:21-cv-03798-DCC |
| v. | |
| Progressive Direct Insurance Company, | |
| Defendant. | |

**DEFENDANT'S NOTICE OF SETTLEMENT AND
REQUEST FOR ENTRY OF RUBIN ORDER**

Defendant Progressive Direct Insurance Company ("Progressive Direct"), by and through its undersigned attorneys, hereby notifies the Court that Plaintiff and Progressive Direct have reached a settlement in principle as to Plaintiff's allegations against Progressive Direct, and are in the process of consummating the terms of the settlement agreement, in light of the Fourth Circuit Court of Appeals' opinion in *Freeman v. Progressive Direct Ins. Co.*, 149 F.4th 461 (4th Cir. 2025) and its mandate issued on November 20, 2025. Accordingly, the parties respectfully request that the Court enter a *Rubin* order. A proposed *Rubin* order is being submitted to the Court in Word format contemporaneously with this filing. Counsel for Defendant has conferred with counsel for Plaintiff, who consents to the relief requested herein.

Dated: December 2, 2025.                    Respectfully submitted,

/s/ Beattie B. Ashmore
Beattie B. Ashmore (Federal Bar No. 5215)
BEATTIE B. ASHMORE, P.A.
650 E. Washington Street
Greenville, South Carolina 29601

Tel: (864) 467-1001
Fax: (864) 672-1406
Email: beattie@beattieashmore.com

Jeffrey S. Cashdan (admitted *Pro Hac Vice*)
Zachary A. McEntyre (admitted *Pro Hac Vice*)
J. Matthew Brigman (admitted *Pro Hac Vice*)
Allison H. White (admitted *Pro Hac Vice*)
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: jcashdan@kslaw.com
Email: zmcentyre@kslaw.com
Email: mbrigman@kslaw.com
Email: awhite@kslaw.com

*Counsel for Defendant*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 2, 2025, I electronically filed the foregoing with the Clerk of Court via the CM/ECF system, which will automatically send notice of such filing to all counsel of record.

<u>/s/ Beattie B. Ashmore</u>

*Counsel for Defendant*